March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Quaysean Cannonier      ,
             Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

_____-CR-_____(___)(___)

Defendant __Quaysean Cannonier_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

s/Quaysean Cannonier, by KNF, USMJ
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Quaysean Cannonier**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Jeffrey Pittell**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/16/20
_____
Date

_Kevin Nathaniel Fox_
_____
U.S. District Judge/U.S. Magistrate Judge